IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| MISTY D. HOSKISON, #1856544 | § | |
| VS. | § | CIVIL ACTION NO. 2:15cv53 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

Petitioner Misty Hoskison (Hoskison), an inmate confined with the Texas Department of Criminal Justice, proceeding *pro se*, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 alleging the illegality of her convictions. The cause of action was referred for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

After a review of the pleadings, the Magistrate Judge issued a Report, (Dkt. #19), recommending that Hoskison's petition be dismissed with prejudice as time-barred. The Magistrate Judge also recommended that a certificate of appealability be denied. A copy of this Report was mailed to Hoskison at her address, return receipt requested. The docket demonstrates that Hoskison received a copy of the Report on January 30, 2018. (Dkt. #20). However, to date, no objections to the Report have been received.

Accordingly, Hoskison is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly it is

**ORDERED** that the Report of the Magistrate Judge, (Dkt. #19), is **ADOPTED** as the opinion of the Court. Moreover, it is

**ORDERED** that the above-styled civil action is **DISMISSED** with prejudice. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 6th day of March, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE